**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE MAURICIO SALAZAR-CARRANZA, a.k.a. Joe Salazar, Jr., <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-72137 <br><br> Agency No. A023-075-675 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Jose Mauricio Salazar-Carranza, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

his motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the BIA's order because Salazar-Carranza is removable for an aggravated felony crime of violence based on his conviction for second-degree robbery in violation of California Penal Code § 211. *See* 8 U.S.C. § 1252(a)(2)(C); *United States v. McDougherty*, 920 F.2d 569, 573-74 (9th Cir. 1990) (conviction under California Penal Code § 211 is categorically a crime of violence).

Salazar-Carranza's challenge to the BIA's denial of his motion to reopen so that he may pursue post-conviction relief does not raise a colorable constitutional claim that would restore our jurisdiction under 8 U.S.C. § 1252(a)(2)(D). *See Planes v. Holder*, 652 F.3d 991, 996 (9th Cir. 2011) (a conviction is final for immigration purposes where a judgment of guilt has been entered and a punishment imposed, even where an appeal or collateral attack is pending).

**PETITION FOR REVIEW DISMISSED.**